UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

05 JUL -1 PM 12: 34

JAMES BAILEY, KEVIN BROGDON, )
MARTY ELLIS, AUTUMN GARRETT, )
PHILLIP GLENN, TERRY JANDA, )
MICHAEL KISSELL, GREG MILLS, )
ERIC NEWMAN, CHAD NICHOLS, )
DANNY PARKER, JAMES )
TETTLETON and GENE YOUNG, )
*individually and on behalf of all persons* )
*similarly situated,* )
  ) 
   PLAINTIFFS,   ) CIVIL ACTION NO. 1-04-~~1157~~ 2728
  )
v. )
  )
LAUDERDALE COUNTY )
AMBULANCE AUTHORITY and )
LAUDERDALE COUNTY )
GOVERNMENT, )
  )
   DEFENDANTS.   )
  )

## ~~PROPOSED~~ ORDER MODIFYING SCHEDULING ORDER

Before the Court is the parties' Joint Motion for modification of this Court's Scheduling Order. For good cause shown, this Court's Scheduling Order of November 16, 2004, is modified as follows:

1. The deadline for completing all discovery is moved from June 27, 2005, to July 27, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

2. The deadline for filing depositive motions is moved from July 25, 2005, to August 19, 2005.

*Diane K. Vescovo*
~~J. Daniel Breen~~ Diane K. Vescovo
United States ~~District~~ Judge
     Magistrate

Date: July 1, 2005

APPROVED FOR ENTRY

*[signature]*

Kim Koratsky (TNBPR# 20163)
WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120-4367
Phone: 901.537.1000
Fax: 901-537-1010

Mitzi D. Wyrick
WYATT, TARRANT & COMBS, LLP
Citizens Plaza, 500 West Jefferson Street,
Louisville, Kentucky 40202-2898
Phone: (502) 589-5235
Fax: (502) 589-0309

Counsel for Lauderdale County Ambulance
Authority and Lauderdale County
Government

*James R. Becker w/ permission KK*

James R. Becker, Jr. (TNBPR#016582)
Crone & Mason, PLC
5100 Poplar Ave., Suite 3200
Memphis, TN 38137
Phone: (901) 683-1850
Fax: (901) 683-1963
Counsel for Plaintiffs

514897.1

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02728 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Mitzi D. Wyrick
WYATT TARRANT & COMBS
500 West Jefferson St.
Louisville, KY 40202--289

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James R. Becker
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Honorable J. Breen
US DISTRICT COURT