UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.
05 AUG 26 AM 10: 44
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JAMES BAILEY, KEVIN BROGDON, MARTY ELLIS, AUTUMN GARRETT, PHILLIP GLENN, TERRY JANDA, MICHAEL KISSELL, GREG MILLS, ERIC NEWMAN, CHAD NICHOLS, DANNY PARKER, JAMES TETTLETON and GENE YOUNG, *individually and on behalf of all persons similarly situated,* <br><br>PLAINTIFFS, <br><br>v. <br><br>LAUDERDALE COUNTY AMBULANCE AUTHORITY and LAUDERDALE COUNTY GOVERNMENT, <br><br>DEFENDANTS. | CIVIL ACTION NO. 04-2728 |

### ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY DISPOSITIVE MOTION DEADLINE PENDING OUTCOME OF MEDIATION

Before the Court is the parties Joint Motion to Stay the Dispositive Motion Deadline Pending Outcome of Mediation. For good cause shown, the parties' motion is hereby GRANTED. It is, therefore, ORDERED:

1. The deadline for filing dispositive motions is moved from August 19, 2005, to September 17, 2005.

2. The parties may hold the deposition of Plaintiffs' declared expert, Robert Vance, outside the discovery cut-off. Plaintiffs must, however, provide Defendants with

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-26-05



Mr. Vance's report in time to allow two weeks of preparation following delivery of the report prior to taking the deposition. Should no report be provided, or the report is provided at a time that two-weeks preparation time is not available prior to the trial date in this cause, Mr. Vance will not be allowed to provide any testimony at trial.

3. By subsequent Notice of Re-Setting, the trial in this matter, as well as the pretrial conference, and the date for proposed pretrial order, motions in limine and proposed jury instructions deadlines will be reset to subsequent dates.

J. Daniel Breen
United States District Judge

Date: August 25, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02728 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

James R. Becker
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Mitzi D. Wyrick
WYATT TARRANT & COMBS
500 West Jefferson St.
Louisville, KY 40202--289

Honorable J. Breen
US DISTRICT COURT