UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 DEC -7 PM 3: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JAMES BAILEY, KEVIN BROGDON, MARTY ELLIS, AUTUMN GARRETT, PHILLIP GLENN, TERRY JANDA, MICHAEL KISSELL, GREG MILLS, ERIC NEWMAN, CHAD NICHOLS, DANNY PARKER, JAMES TETTLETON and GENE YOUNG, *individually and on behalf of all persons similarly situated,* <br><br> PLAINTIFFS, <br><br> v. <br><br> LAUDERDALE COUNTY AMBULANCE AUTHORITY and LAUDERDALE COUNTY GOVERNMENT, <br><br> DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 04-2728 B/P ) ) ) ) ) ) ) ) ) ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause came onto be heard by Motion of the parties to approve the settlement of the Fair Labor Standards Act claims and to dismiss this case. The Court, having approved the settlement, hereby dismisses this case with prejudice. Each party to bear his, her or its own costs.

IT IS SO ORDERED.

J. Daniel Breen
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-7-05

(28)

Approved:

_____
James R. Becker, Jr. (016582)
5100 Poplar Ave., Suite 3200
Memphis, TN 38137
(901) 683-1850
*Attorney for Plaintiffs*


_____
Kim Koratsky
1715 Aaron Brenner Dr., Suite 800
Memphis, TN 38120
(901) 537-1000
*Attorney for Defendants*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02728 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

James R. Becker
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Mitzi D. Wyrick
WYATT TARRANT & COMBS
500 West Jefferson St.
Louisville, KY 40202--289

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT