UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -8 PM 5: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

| | |
|---|---|
| JAMES BAILEY, KEVIN BROGDON, MARTY ELLIS, AUTUMN GARRETT, PHILLIP GLENN, TERRY JANDA, MICHAEL KISSELL, GREG MILLS, ERIC NEWMAN, CHAD NICHOLS, DANNY PARKER, JAMES TETTLETON and GENE YOUNG, individually and on behalf of all persons similarly situated, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| v. | |
| LAUDERDALE COUNTY AMBULANCE AUTHORITY and LAUDERDALE COUNTY GOVERNMENT, | CASE NO: 2:04cv2728-B |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Agreed Order Of Dismissal With Prejudice entered on December 7, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

12/8/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 12-12-05

(29)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02728 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

James R. Becker
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Mitzi D. Wyrick
WYATT TARRANT & COMBS
500 West Jefferson St.
Louisville, KY 40202--289

Honorable J. Breen
US DISTRICT COURT